UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

CIVIL ACTION NO.   5:07CV-207-R
MISC. ACTION NO.   5:07MC-3-R (e-filed)

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                **COMPLAINT**

20.67 ACRES OF LAND, MORE OR LESS,
SITUATED IN CHRISTIAN COUNTY,
COMMONWEALTH OF KENTUCKY,
AND

    TRACT NO. 2516E,
    20.67 ACRES OF LAND

ROBERT E. LADD
836 OAK PARK BLVD.
CALVERT CITY, KENTUCKY 42029-8468

CHRISTIAN COUNTY GOVERNMENT
    SERVE:   MICHAEL FOSTER, COUNTY ATTORNEY
                        209 EAST 14TH STREET
                        P.O. BOX 24
                        HOPKINSVILLE, KENTUCKY 42240

COMMONWEALTH OF KENTUCKY
REVENUE CABINET
592 EAST MAIN
FRANKFORT, KENTUCKY 40620
(County and State authorities who may
have or claim an interest by reason of
taxes or assessments due and eligible.)

THE CITY OF OAK GROVE
8505 PEMBROKE OAK GROVE ROAD
OAK GROVE, KENTUCKY 42262                                                          DEFENDANTS

1.      This is an action of a civil nature brought by the United States of America on behalf of its agency, the Department of the Army, for the taking of the subject property, under its power of eminent domain, and for the ascertainment and award of just compensation to the parties in interest.

2.      The authority for the taking of land is under and in accordance with the Act of Congress approved August 1, 1888, (40 U.S.C. 257) which was recodified by the Act of Congress approved August 21, 2002 (116 Stat. 1144, 40 U.S.C. 3113), and the acts supplementary thereto and amendatory thereof and in accordance with the Act of Congress approved February 26, 1931 (40 U.S.C. 258a) which is recodified by the Act of Congress approved August 21, 2002 (116 Stat. 1145, 40 U.S.C. 3114), and the acts supplementary thereto and amendatory thereof, and under the further authority of the Acts of Congress approved December 2, 2002 (Public Law 107-314) which act authorizes the project hereinafter referred to and appropriated funds for such purposes.

3.      The United States has filed a deposit of estimated compensation of $51,700.00 into the Registry of the Court.  An Order that the Clerk of the Court deposit said $51,700.00 in an interest bearing account was entered on December 10, 2007, United States v. 20.67 Acres, et al., Misc. Action No. 5:07MC-3-R (Attached hereto as Exhibit 2).

4.      The uses for which the subject 20.67 acre property is taken are set forth in Exhibit 1; Schedule "A" annexed hereto and made a part hereof.  The subject tract is necessary to provide for restrictive safety easement and extend runway lighting.  The said land has been selected for use to establish the required avigation easement for Runways 23 and 05 of the Campbell Army

Airfield, in Christian County, Kentucky, and for such other uses as may be authorized by Congress or by Executive Order.

5. The subject property to be taken is specifically described in Exhibit 1, Schedule "B", annexed hereto and made a part hereof, and generally described as 20.67 acres, more or less, situated in the Commonwealth of Kentucky, County of Christian and consists of:

> TRACT NO. 2516E,
> 20.67 acres of land

6. The Tract Map for the subject 20.67 property to be taken is set forth in Exhibit 1; Schedule "C" annexed and made a part hereof the Declaration of Taking, filed herein.

7. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, plaintiff demands judgment that the property be condemned, and that just compensation for the taking be ascertained and awarded.

UNITED STATES OF AMERICA

DAVID L. HUBER
United States Attorney

/s/ Benjamin S. Schecter
Benjamin S. Schecter
Assistant U. S. Attorney
510 West Broadway, Tenth Floor
Louisville, Kentucky 40202
Phone: (502) 582-6061