UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

Electronically Filed

CIVIL ACTION NO. 5:07CV-00207-R
MISC. ACTION NO. 5:07MC-3-R

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                          ANSWER OF DEFENDANT ROBERT E. LADD

20.67 ACRES OF LAND, MORE OR LESS,
SITUATED IN CHRISTIAN COUNTY,
COMMONWEALTH OF KENTUCKY,
AND

              TRACT NO. 2516E
              20.67 ACRES OF LAND

ROBERT E. LADD, ET. AL.                                        DEFENDANTS

        Comes now the defendant, Robert E. Ladd, and files the following as his Answer

to the Complaint for condemnation by the United States of America as follows:

        1.      Defendant states at the time of the filing of the complaint in

                condemnation, he in fact owned said tract of land by virtue of a deed from

                Martha C. Stump dated August 23, 1983, as originally recorded in Deed

                Book 428, Page 589, in the records of Christian County, Hopkinsville,

                Kentucky.

        2.      Defendant admits the allegation contained in the complaint of

                condemnation, exhibit 1, paragraph 1.

        3.      Defendant admits the allegation contained in the complaint of

                condemnation, exhibit 1, paragraph 2.

4.      Defendant admits so much of the allegation contained in the complaint of condemnation, exhibit 1, paragraph 3, describing generally the land being taken by condemnation.  However, the remaining allegation of exhibit 1, paragraph 3 is denied.

5.      Defendant admits the allegation contained in the complaint of condemnation, exhibit 1, paragraph 4.

6.      Defendant admits so much of the allegation contained in the complaint of condemnation, exhibit 1, paragraph 5, wherein the United States declares that it has filed a deposit but denies that the amount deposited is just compensation for the property interest taken.

WHEREFORE, the Defendant, Robert E. Ladd, by counsel, demand as follows:

1.      Judgment for just compensation with interest thereon for all damages he is entitled to recover for taking his property.

2.      For a trial by jury on all issues.

3.      For all costs herein expended.

4.      For all attorney fees and other expenses, including reasonable expenses for expert witnesses and other for any study, analysis, engineering report, test for projects, found by the Court to be reasonable and necessary in the preparation of his defense.

5.      Any and all other relief to which he may appear entitled.

Respectfully submitted,

/s/John W. Stewart

_____
John W. Stewart KBA #67965
Attorney for Robert E. Ladd

1300 West Broadway, Suite 100
Louisville, KY 40203
Phone: (502) 584-6341
Fax:    (502) 584-6342
Email: FIRSTSAT @ aol.com

## <u>CERTIFICATE OF SERVICE</u>

On January 08, 2008, I electronically filed this document through the ECF system, which will send a Notice of Electronic Filing to the following:

Hon. Benjamin S. Schecter
Assistant United States Attorney
510 West Broadway, Tenth Floor
Louisville, Kentucky 40202
Phone (502) 582-6061

I also certify that a copy of the foregoing was served by U.S. mail, postage prepaid, on January 08, 2008 to the following:

Commonwealth of Kentucky
Revenue Cabinet
Serve:  The Honorable Jack Conway
Kentucky Attorney General
118 State Capitol
700 Capitol Avenue
Frankfort, Kentucky 40601

Christian County Government
C/O The Honorable Michael Foster
County Attorney
209 East 14th Street
P.O. Box 24
Hopkinsville, Kentucky 42240

The City of Oak Grove, Kentucky
8505 Pembroke Road
Oak Grove, Kentucky 42262

/s/ John W. Stewart
_____
John W. Stewart, KBA #67965
Attorney for Robert E. Ladd