UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Misc. Action No. 5:07MC-3-R

'08 FEB -4 P1:01

FILED
US DISTRICT COURT CL
WESTN. DIST. KENTUCK

UNITED STATES OF AMERICA,   PLAINTIFF,

VS.   **ANSWER OF DEFENDANT,
CITY OF OAK GROVE**

ROBERT E. LADD, *et al.*,   DEFENDANTS.

\* \* \* \* \*

**COMES NOW**, the Defendant, City of Oak Grove, Kentucky, by counsel, and for its answer to the Complaint filed herein by United States of America, states as follows:

1. This Complaint does not state a cause of action against the Defendants and should be dismissed.

2. These Defendants are without sufficient information to either admit or deny any of the allegations contained in the Complaint with the exception of the status of the real property taxes due this Defendants on this property; therefore, all other allegations are denied.

3. The 2006 and 2007 City of Oak Grove taxes for the property located at Naomi Lane, Oak Grove, Kentucky, currently in the amount of $763.53, have not been paid.

4. The City of Oak Grove, Kentucky hereby asserts a lien and claim against the real estate that is subject to this action in an amount equal to any real estate taxes that are now owed or that may be subsequently discovered by the City. The

Defendants further assert a priority claim concerning same superior to any and all other claims herein.

**WHEREFORE**, Defendants respectfully request the following:

1. That the Court adjudge the interest of Oak Grove, Kentucky for unpaid taxes as a priority item and superior to all other claims that may be asserted in this matter.

2. The unpaid property taxes due Oak Grove, Kentucky be paid first out of the proceeds of any sale or settlement resulting from this action.

3. For all other relief to which the City of Oak Grove may appear entitled.

## CERTIFICATE OF SERVICE

The undersigned hereby certify that a true copy of the foregoing document was served pursuant to CR 5.03 by mailing a true copy of same to:

Benjamin S. Schecter
Assistant U.S. Attorney
510 West Broadway, Tenth Floor
Louisville, KY 40202
*Counsel for Plaintiff*

**SO ANSWERED AND CERTIFIED** this 25th day of January, 2008.

*/s/ Holland*
Jason E. Holland
ISON, HARTON, HOLLAND & CAVANAH
Oak Grove City Attorney
612 South Main Street
P. O. Box 648
Hopkinsville, KY 42241-0648
Telephone: 270.886.8272
Facsimile: 270.885.5207