UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>20.67 ACRES OF LAND, MORE OR )<br>LESS, SITUATED IN CHRISTIAN )<br>COUNTY, COMMONWEALTH OF )<br>KENTUCKY, AND PATRICIA )<br>FUQUA )<br>)<br>Defendants ) | CASE NO. 5:07-CV-00207-R<br>MISC. ACTION NO. 5:07-MC-3-R |

## DEFENDANT, PATRICIA FUQUA'S, MOTION TO DISMISS CLAIMS OF THE CITY OF OAK GROVE

COMES NOW, the Defendant, Patricia Fuqua, by and through her undersigned counsel, and pursuant to the provisions of Rule 56(b) of the Federal Rules of Civil Procedure, moves the Court to enter a dispositive Judgment dismissing with prejudice the February 4, 2008, Answer and Crossclaim filed by the City of Oak Grove [D.N. 8], wherein it asserts its claim for payment of prior delinquent unpaid property taxes levied upon the real property of the Defendant Patricia Fuqua, and Judgment Liens, unpaid and entered while the real property was in the prior exclusive possession of Robert Ladd.

In support of her dispositive Motion, the Defendant Patricia Fuqua asserts that she has paid in full all delinquent City taxes, Judgments, interest and penalties, discharging in full all claims asserted by the City's Answer and Crossclaim it has filed in this proceeding. Confirming her right to have the Cross-Defendant's Claims for unpaid real estate taxes and Judgment liens dismissed are: 1) the receipts for payments made by the Defendant to the City of Oak Grove, and 2) the Releases of the unpaid real estate tax liens and Judgment liens, filed by the City of Oak Grove, as recorded on

June 22, 2010, in The Office of the Christian County Court Clerk. The Defendant attaches hereto and incorporated here by reference as **Exhibit A,** copies of the receipts for payment made by the Defendant to the City of Oak Grove, and as **Exhibit B**, copies of the Releases of the tax liens and Judgment liens filed by the City of Oak Grove in the Office of the Christian County Clerk.  The Defendant has voluntarily requested the Cross-Defendant dismiss its claims asserted in its Answer and Crossclaim in compliance with Rule 41(a), but the Cross-Defendant has failed to voluntarily dismiss its Answer and Crossclaim.

Wherefore, Patricia Fuqua, having paid the City of Oak Grove's unpaid property taxes, interest and penalties asserted by its prior tax liens and Judgment liens, the Court should enter an Order dismissing the Cross-Defendant's Answer and Crossclaims in this proceeding with prejudice.

This 1st day of July 2010.

/s/ Daniel N. Thomas_____
Daniel N. Thomas
THOMAS & ARVIN
1209 S. Virginia Street
P.O. Box 675
Hopkinsville, Kentucky  42241-0675
(270) 886-6363 (Telephone)
(270) 886-8544 (Facsimile)
Attorney for Patricia Fuqua

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that he electronically filed this document on the 1st day of July, 2010, through the U.S. Mail, facsimile or electronically by email to the following:

Hon. Benjamin S. Schecter, Esq.
Assistant United States Attorney
510 West Broadway, Tenth Floor
Louisville, Kentucky 40202

Hon. Jason E. Holland, Esq.
511 West 9th Street
P.O. Box 540
Hopkinsville, Kentucky 42241-0540

/s/ Daniel N. Thomas_____
Daniel N. Thomas
THOMAS & ARVIN