UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 5:07-CV-00207-R |
| ) | MISC. ACTION NO. 5:07-MC-3-R |
| 20.67 ACRES OF LAND, MORE OR ) | |
| LESS, SITUATED IN CHRISTIAN ) | |
| COUNTY, COMMONWEALTH OF ) | |
| KENTUCKY, AND PATRICIA ) | |
| FUQUA ) | |
| ) | |
| Defendants ) | |

## NOTICE OF FILING EXHIBITS TO DEFENDANT, PATRICIA FUQUA'S, MOTION TO DISMISS CLAIMS OF THE CITY OF OAK GROVE

COMES NOW, the Defendant, Patricia Fuqua, by and through her undersigned counsel, and gives Notice of the filing of Exhibit A and Exhibit B to the Defendant's July 1, 2010, Motion to Dismiss Claims of the City of Oak Grove. Exhibit A and Exhibit B are attached hereto.

So Noticed this 1st day of July 2010.

/s/ Daniel N. Thomas
Daniel N. Thomas
THOMAS & ARVIN
1209 S. Virginia Street
P.O. Box 675
Hopkinsville, Kentucky  42241-0675
(270) 886-6363 (Telephone)
(270) 886-8544 (Facsimile)
Attorney for Patricia Fuqua

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed this document on the 1st day of July, 2010, through the U.S. Mail, facsimile or electronically by email to the following:

Hon. Benjamin S. Schecter, Esq.
Assistant United States Attorney
510 West Broadway, Tenth Floor
Louisville, Kentucky 40202

Hon. Jason E. Holland, Esq.
511 West 9th Street
P.O. Box 540
Hopkinsville, Kentucky 42241-0540

/s/ Daniel N. Thomas_____
Daniel N. Thomas
THOMAS & ARVIN